UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20549-MARTINEZ/BECERRA

TRAVIS THOMPSON,

    Plaintiff,

vs.

FLORIDA DRAWBRIDGES INC.
D/B/A FDI SERVICES,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff Travis Thompson, hereby notices the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Rules of Civil Procedure apply, "in actions brought under the Fair Labor Standards Act no less than in any other case." *Vasconcelo v. Miami Auto Max, Inc.*, 981 F.3d 934, 942 (11th Cir. 2020). *See also Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012) ("a stipulation filed pursuant to that subsection is self-executing and dismisses the case upon its becoming effective…. District courts need not and may not take action after the stipulation becomes effective because the stipulation dismisses the case and divests the district court of jurisdiction.")

    Respectfully submitted on this 28th day of March 2023.

                                          Brian H. Pollock, Esq.
                                          Brian H. Pollock, Esq. (174742)
                                          brian@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:    305.230.4884
                                          *Counsel for Plaintiff*