UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-20549-CIV-MARTINEZ

TRAVIS THOMPSON,

    Plaintiff,

v.

FLORIDA DRAWBRIDGES INC. d/b/a FDI SERVICES,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, (ECF No. 5). Accordingly, it is:

**ORDERED and ADJUDGED** that this action is **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to mark this case as **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of April, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record